OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 MAY 19 2015
$ 000.26⁵

5/11/2015
GRAY, JONATHAN RAY Tr. Ct. No. FR 72768-A
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

WR-83,269-01

Abel Acosta, Clerk

JONATHAN RAY GRAY
BELL COUNTY JAIL #131972
113 W CENTRAL AVE
BELTON, TX 76513

ANK